NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GERALD T. WALDEN,                    )
                                     )
            Appellant,               )
                                     )
v.                                   )        Case No. 2D17-4398
                                     )
STATE OF FLORIDA,                    )
                                     )
            Appellee.                )
                                     )
_____      )

Opinion filed March 29, 2019.

Appeal from the Circuit Court for
Hillsborough County; Vivian T. Corvo,
Judge.

Howard L. Dimmig, II, Public Defender,
and Rachel Roebuck, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Bilal Ahmed Faruqui,
Assistant Attorney General, Tampa; and
Allison C. Heim, Assistant Attorney
General, Tampa (substituted as counsel
of record), for Appellee.


PER CURIAM.


            Affirmed.


CASANUEVA, MORRIS, and BLACK, JJ., Concur.